ARTIN BETPERA (SBN 244477)
artin.betpera@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3200 Park Center Drive, Ste. 700
Costa Mesa, CA 92626
Telephone: (657) 266-1051
Facsimile: (714)371-2656

Attorneys for Defendant
CHARTSPAN MEDICAL TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ILYA EVDOKIMOV,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHARTSPAN MEDICAL TECHNOLOGIES, INC.,<br><br>　　　　　Defendants. | CASE NO:  3:18-CV-00024-JCS<br><br>Assigned to the Hon. Magistrate Judge Joseph C. Spero<br><br>**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>Complaint Filed: January 2, 2018<br>Trial Date:  Not yet set. |

/ / /

/ / /

/ / /

Plaintiff, Ilya Evdokimov ("Plaintiff"), and Defendant Chartspan Medical Technolgies, Inc. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in the above-captioned action WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

JOINTLY SUBMITTED:

DATED: September 28, 2020          LAW OFFICE OF JOHN PARK

                                                          By:   s/John Sung-Woo Park
                                                               John Sung-Woo Park
                                                               Attorneys for Plaintiff
                                                               Ilya Evdokimov

DATED: September 28, 2020          WOMBLE BOND DICKINSON (US) LLP

                                                          By:   *Artin Betpera*
                                                               ARTIN BETPERA
                                                               Attorneys for Defendant
                                                               ChartSpan Medical Technologies, Inc.

Dated: September 29, 2020

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## **SIGNATURE CERTIFICATION**

I, Artin Betpera, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to John Sung-Woo Park, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document and he concurs in this filing.

DATED:  September 28, 2020         WOMBLE BOND DICKINSON (US) LLP

                                   By:   *Artin Betpera*
                                         ARTIN BETPERA
                                         Attorneys for Defendant
                                         ChartSpan Medical Technologies, Inc.

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

*Ilya Evdokimov v. ChartSpan Medical Technologies, Inc.*
*Northern District of California Case Number 3:18-cv-00024-JCS*

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

I hereby certify that on September 28, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated:  September 28, 2020

WOMBLE BOND DICKINSON (US) LLP

By:   *Artin Betpera*
         ARTIN BETPERA